eration or decision of this petition. 

No. 10–9597. CALDWELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9622. AKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 10–9666. RIGGS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 09–10664. RIGGINS *v.* TEXAS, 562 U. S. 848;

No. 10–817. PARISH *v.* VIRGINIA, 562 U. S. 1220;

No. 10–6652. HAYDEN ET UX. *v.* D'AMICO ET AL., 562 U. S. 1223;

No. 10–7173. DEERE *v.* NEVADA, 562 U. S. 1147;

No. 10–7274. WIDEMAN *v.* COLORADO ET AL., 562 U. S. 1224;

No. 10–7570. FORTE *v.* BARBER ET AL., 562 U. S. 1187;

No. 10–7647. CLAYTON *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 562 U. S. 1188;

No. 10–7688. KEITH *v.* WASHINGTON, 562 U. S. 1204;

No. 10–7876. NORRIS *v.* SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, 562 U. S. 1228;

No. 10–7927. BROWN *v.* GAETZ, WARDEN, 562 U. S. 1205;

No. 10–8024. MANKO *v.* MANNOR ET AL., 562 U. S. 1232;

No. 10–8026. SMITH *v.* SCHOOL BOARD OF BREVARD COUNTY ET AL., 562 U. S. 1232;

No. 10–8066. CASTRO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 562 U. S. 1233;

No. 10–8130. DAVIS *v.* UNITED STATES, 562 U. S. 1236;

No. 10–8269. DAVENPORT *v.* FRAZIER, WARDEN, 562 U. S. 1259;

No. 10–8361. ASKEW *v.* UNITED STATES, 562 U. S. 1243;

No. 10–8397. IN RE AL-ZAGHARI, 562 U. S. 1215;

No. 10–8412. IN RE SMITHBACK, 562 U. S. 1215;

No. 10–8443. TOLONEN *v.* PUGH, WARDEN, 562 U. S. 1260;